# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States

**Registration Number**

**PAu 3-586-981**

Effective date of registration:

January 12, 2011

---

## Title
**Title of Work:** Smitty

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** TriCoast Smitty LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** TriCoast Smitty LLC
11124 W. Washington Blvd., Culver City, CA, 90232, United States

## Rights and Permissions
- **Organization Name:** TriCoast Smitty LLC
- **Name:** Marcy Hamilton
- **Email:** marcy@tricoast.com
- **Telephone:** 310-458-7707
- **Address:** 11124 W. Washington Blvd
  Culver City, CA 93202

## Certification
- **Name:** Marcy Hamilton
- **Date:** January 5, 2011

Page 1 of 1

# EXHIBIT B

| | IP Address | GUID | P2PClient | HitDateUTC | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 24.1.164.235 | 2D5554323231302DD662D12B7DF5C02A7CA694EF | µTorrent 2.2.1 | 4/13/12 04:07:23 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Comcast Cable | Illinois | Chicago |
| 2. | 71.194.189.222 | 2D5554323034302D5254B6FB0B9C6C18FEC23187 | µTorrent 2.0.4 | 4/15/12 03:56:46 PM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Comcast Cable | Illinois | Streamwood |
| 3. | 24.1.223.209 | 4D372D362D302D2D8C68C3A2529221DC2692AAFB | BitTorrent 7.6.0 | 4/15/12 01:53:25 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Comcast Cable | Illinois | Rolling Meadows |
| 4. | 69.47.43.72 | 4D372D362D302D2D6C68359FB34CBB7428A6462B | BitTorrent 7.6.0 | 4/17/12 12:57:50 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | WideOpenWest | Illinois | Chicago |
| 5. | 24.14.57.185 | 2D5554333133302DB469167EF6FDD30E97EEB5A7 | µTorrent 3.1.3 | 4/20/12 04:21:32 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Comcast Cable | Illinois | Normal |
| 6. | 99.44.24.172 | 2D415A343730322D7A4E30517A4836797A546278 | Vuze 4.7.0.2 | 4/23/12 04:42:09 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | SBC Internet Services | Illinois | Wood River |
| 7. | 50.44.86.128 | 4D372D322D312D2D4562776E0EAFDEA553D3B6BA | BitTorrent 7.2.1 | 4/24/12 03:40:10 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Frontier Communications | Illinois | Bloomington |
| 8. | 50.44.166.5 | 4D372D322D312D2D456225E37BC2284D5C4F877E | BitTorrent 7.2.1 | 4/25/12 07:25:16 PM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Frontier Communications | Illinois | Normal |
| 9. | 208.100.1.212 | 2D5554333132302DC56818F714CCCE3CE31D70E2 | µTorrent 3.1.2 | 4/27/12 03:28:03 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Steadfast Networks | Illinois | Chicago |
| 10. | 108.83.123.224 | 2D5554323231302D2A629E5CBF0D320B3C75FC2F | µTorrent 2.2.1 | 4/29/12 01:21:22 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | SBC Internet Services | Illinois | Palatine |
| 11. | 24.14.233.155 | 2D5554333133302D476A64314E387083C1A2A00A | µTorrent 3.1.3 | 5/18/12 09:34:51 PM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Comcast Cable | Illinois | Villa Park |
| 12. | 64.233.211.16 | 2D415A343630322D2D364B56496E41784948624D4C | Vuze 4.6.0.2 | 6/30/12 12:20:56 AM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | WideOpenWest | Illinois | Glendale Heights |
| 13. | 71.201.94.181 | 4D372D362D312D2D896BFA423B8E014FD947FBF7 | BitTorrent 7.6.1 | 7/10/12 11:37:01 PM | {www.scenetime.com}Smitty.2012.DVDRip.XViD - ARS0N | SHA1: 23BCD3E53A1659C13BDD826412D588629FAEDFAF | Comcast Cable | Illinois | Crystal Lake |